23 So.2d 881

**D. KRASNER et al. v. MOSS & McCOR-MACK COAL CO.**

6 Div. 344.

Supreme Court of Alabama.

Nov. 27, 1945.

PER CURIAM.

Appeal dismissed, motion of appellants.

24 So.2d 918

**Joseph Ira LETT v. CITY OF GADSDEN.**

7 Div. 860.

Supreme Court of Alabama.

Jan. 26, 1946.

Joe Brown and L. B. Rainey, of Gadsden, for appellant.

Dortch, Allen & Swann, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

23 So.2d 142

**R. Frank LYON v. L. T. BOZEMAN.**

7 Div. 792.

Supreme Court of Alabama.

May 24, 1945.

A. L. Hardegree, Solicitor, of Ashland, for appellant.

J. Sanford Mullins, of Alexander City, and Handy Ellis, of Columbiana, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

23 So.2d 881

**John E. MOBLEY v. STATE.**

6 Div. 384.

Supreme Court of Alabama.

Nov. 29, 1945.

David S. Satterwhite, of Birmingham, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed; case having become moot.

23 So.2d 142

**Ex parte Robert Morel MONTGOMERY.**

6 Div. 364.

Supreme Court of Alabama.

June 7, 1945.

See, also, 244 Ala. 91, 12 So.2d 314.

Wm. Conway, of Birmingham, for petitioner.

Lawrence F. Gerald, Sr., and Lawrence F. Gerald, Jr., both of Clanton, for Board of Commissioners of the State Bar.

PER CURIAM.

Petition denied. All the Justices concur.